# United States District Court, Northern District of Illinois

*HHN*

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 6637 | **DATE** | 9/10/2009 |
| **CASE TITLE** | Allen Plyler vs. Whirlpool Corporation, et al | | |

**DOCKET ENTRY TEXT**

Defendant Leviton Manufacturing Company Inc's Motion for Good Faith Settlement Finding and Dismissal between Leviton and the Plaintiff, is Granted. Plaintiff's complaint against Leviton is dismissed with prejudice and without costs. The case continues as to Whirlpool and Best Buy.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

Courtroom Deputy Initials: WAP