M HN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ALLEN PLYLER, ) | |
| ) | No.   08 CV 6637 |
| Plaintiff, ) | |
| ) | Judge Leinenweber |
| v. ) | |
| ) | Magistrate Judge Brown |
| WHIRLPOOL CORPORATION, ) | |
| BEST BUY CO., INC., and LEVITON ) | |
| MANUFACTURING COMPANY, INC. ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter coming to be heard on Defendant, Best Buy Co. Inc.'s Motion for Good Faith Settlement Finding and Dismissal, the Court being duly advised, IT IS HEREBY ORDERED:

1. Defendant's Motion for Good Faith Settlement Finding and Dismissal is GRANTED.

2. The settlement between Best Buy and the Plaintiff in the amount of Four Thousand and Five Hundred Dollars ($4,500) is a good faith settlement pursuant to the Illinois Contribution Among Joint Tortfeasors Act, 740 ILCS 100/2 *et seq*.

3. Plaintiff's Complaint against Best Buy is dismissed with prejudice and without costs.

4. Best Buy's liability to any co-defendants or others is extinguished pursuant to the settlement reached with Plaintiff and this Order.

SO ORDERED:

_____           2/2/10
HONORABLE JUDGE HARRY D. LEINENWEBER           DATE

W. Scott Trench
THE HUNT LAW GROUP, LLC
20 N. Wacker Drive, Suite 1711
Chicago, IL 60606