## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ALLEN PLYLER,  )<br>)<br>  Plaintiff,  )<br>)<br>v.  )<br>)<br>WHIRLPOOL CORPORATION,  )<br>)<br>  Defendant.  )<br>) | CIVIL ACTION FILE<br><br>NO. 08-CV-6637 |

### DEFENDANT'S REVISED SUPPLEMENTAL VOIR DIRE QUESTIONS

COMES NOW, Whirlpool Corporation, Defendant in the above-styled action, and proposes the following revised *voir dire* questions in addition to the Joint Voir Dire Questions and Judge Brown's standard *voir dire*.

1. Do you or anyone in your family have any experience in the field of appliance service and repair?

2. If so, do you feel that this experience will effect your consideration of the evidence against either of the parties to this case?

3. Has anyone experienced a home fire?

4. If so, was anyone injured in the fire?

5. If so, did you or anyone in your family have to undergo counseling or treatment for emotional problems relating to your experience in the fire?

6. If you have had a home fire, do you feel that this experience will effect your consideration of the evidence against either of the parties to this case?

328090v.1

This 17th day of February, 2012.

**WHIRLPOOL CORPORATION**

By: /s/ Michael D. Hostetter
      One of Its Attorneys

Michael D. Hostetter (*Pro Hac Vice*)
NALL & MILLER, LLP
235 Peachtree Street, NE
Suite 1500 – North Tower
Atlanta, Georgia 30303
Telephone: (404)522-2200
Email: mhostetter@nallmiller.com

Marc S. Silver
James E. Michel
BARNES & THORNBURG LLP
One N. Wacker Drive, Suite 4400
Chicago, IL 60606
Telephone: (312) 357-1313
Facsimile: (312) 759-5646
Email: msilver@btlaw.com
      jmichel@btlaw.com

328090v.1