# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **ALLEN PLYLER,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**WHIRLPOOL CORPORATION,** )<br>)<br>Defendant. )<br>) | **CIVIL ACTION FILE**<br><br>**NO. 08-CV-6637** |

## WITNESS LIST INFORMATION

**COMES NOW**, the parties herein and submit the list of witnesses and descriptions of them for use in the jury selection process:

**Plaintiff's Witnesses**:

1. Allen Plyler – Plaintiff

2. Dr. Stephen Baker – Orthopedic Surgeon with offices in Carol Stream, Wheaton and Naperville.

3. Rhonda Campbell - A counselor with offices in San Francisco and Berkeley, California.

4. Larry Latack – Director of Global Product Safety for Whirlpool Corporation.

5. Cliff Mortensen – Fire investigator for Wheaton Fire Department

328348v.1

**Defendant's Witnesses (in addition to those on Plaintiff's List):**

1. Gary Dunning – A supervisor for Wells Fargo in San Francisco

2. Steven Korn, Ph.D. – A psychologist in San Francisco

3. Investigator Lambe - Wheaton Fire Department

4. Acting Lt. Naumann - Wheaton Fire Department

5. Officer Mierzycki - Wheaton Police Department

6. Officer Opalinski - Wheaton Police Department

This 22nd day of February, 2012.

**FOR THE PLAINTIFF:**

/s/ Scott Skaletsky
**SCOTT SKALETSKY**
Molzahn, Rocco, Reed & Rouse
20 North Clark Street
Suite 2300
Chicago, IL  60602
312-917-1880
SS@M3RLaw.com


**FOR THE DEFENDANT:**

/s/ Michael D. Hostetter
**MICHAEL D. HOSTETTER**
**Pro Hac Vice**
Nall & Miller, LLP
235 Peachtree Street, NE
Suite 1500 – North Tower
Atlanta, Georgia  30303
(404)522-2200
mhostetter@nallmiller.com